## STATEMENT OF FACTS

On February 12, 2012, members of the Metropolitan Police Department's First District's Vice Unit executed a search warrant at 1619 A Street, SE, #1, Washington, D.C. Officers gained entry into the apartment. Once inside the apartment, officers detained defendants Jerome Bowling and Tonika Richardson in the bedroom. The officers searched the bedroom and recovered a loaded 12-gauge shotgun, seven boxes of shotgun shells and a digital scale in the bedroom closet. Also, recovered from the bedroom were three hollow candles that contained approximately 52.2 grams of a white rock like substance, empty ziplock bags and a box of razor blades. Defendant Bowling is the lessee of the apartment and mail matter in both of the defendants' names for that address was recovered in the bedroom. Defendant Richardson told the officers that she had been living with the defendant in the apartment for approximately one year. A portion of the white rock like substance field test positive for cocaine base. The approximate weight of the white rock like substance indicates that the narcotics were going to be sold to others rather than used exclusively by the defendants.

_____
OFFICER MICHAEL FANONE
METROPOLITAN POLICE DEPARTMENT
FIRST DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF FEBRUARY, 2013.

_____
U.S. MAGISTRATE JUDGE